UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BOBBY LEON HARRIS, JR.,           )
                                  )
                                  )
            Plaintiff,            )
                                  )        **JUDGMENT IN A CIVIL CASE**
vs.                               )        **CASE NO. 5:24-CV-229-BO-RJ**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
                                  )
            Defendant.            )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against the United
States of America are dismissed without prejudice for failure to make timely service in
accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is DIRECTED to
close the case.

This Judgment filed and entered on July 7, 2025, and copies to:
Bobby Leon Harris, Jr.         (via US Mail to 4800 University Dr, Apt. 3B, Durham, NC 27707)

July 7, 2025                              Peter A. Moore, Jr.
                                          _____
                                          Clerk of Court


                                          By: /s/ Stephanie Mann
                                          _____
                                          Deputy Clerk